RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jose Miguel Gutierrez-Chavarria

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00133-GMN-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE PLEA AND SENTENCING HEARING** |
| v. | (First Request) |
| JOSE MIGUEL GUTIERREZ-CHAVARRIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Jose Miguel Gutierrez-Chavarria, that the Plea and Sentencing Hearing currently scheduled on August 18, 2024, at 10:00 a.m., be vacated and continued to August 26, 2025 at 11:00 a.m. or a date and time convenient to the Court.

The Stipulation is entered into for the following reasons:

1. Defense counsel has a conflict with the current setting.
2. The defendant is incarcerated and does not object to the continuance.
3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 24th day of July 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Clay Plummer*<br>By_____<br>CLAY PLUMMER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE MIGUEL GUTIERREZ-CHAVARRIA,<br><br>　　　　　Defendant. | Case No. 2:25-cr-00133-GMN-EJY<br><br>**ORDER** |

　　Based on the stipulation and good cause appearing:

　　IT IS ORDERED that the plea and sentencing hearing currently scheduled for Monday, August 18, 2024, at 10:00 a.m., be vacated and continued to August 26, 2025 at the hour of 11:00 a.m.

　　DATED this  25  day of July 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE